IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
GEORGE L. CURRAN : CASE NO. 20-11088
And MICHELE CURRAN :

### ORDER

AND NOW, this ___ day of _____, 2019, upon consideration of the Debtor's Motion to Extend the Automatic Stay, any response thereto and any hearing on the matter it is

HEREBY ORDERED AND DECREED that the Automatic Stay pursuant to 11 USC section 362(c)3(B) be and it is hereby extended beyond expiration of the 30 day period specified in said Code section, and it is hereby further

ORDERED AND DECREED that the Automatic Stay shall continue in effect until further order of Court.

BY THE COURT:

**Date: March 16, 2020**

_____
JUDGE  ASHELY M. CHAN