```
Case 20-11088-amc   Doc 21   Filed 03/18/20   Entered 03/19/20 01:01:03   Desc Imaged
                           Certificate of Notice   Page 1 of 4
```

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 20-11088-amc
George L. Curran                                                    Chapter 7
Michele Curran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 3          Date Rcvd: Mar 16, 2020
                              Form ID: pdf900         Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
```
db/jdb         +George L. Curran,   Michele Curran,   637 Worthington Drive,    Warminster, PA 18974-2519
14471325       +AR Resources Inc.,   PO Box 1056,   Blue Bell, PA 19422-0287
14471324        Abington Memorial Hospital,    PO Box 826580,   Philadelphia, PA  19182-6580
14471332       +CITI/CBNA,   PO Box 6497,   Sioux Falls, SC 57117-6497
14471328       +Central Bucks Ambulance and Rescue Unit,    PO Box 535,   Baldwinsville, NY 13027-0535
14471330       +Chrysler Capital,   PO Box 961276,   Fort Worth, TX 76161-0276
14471333       +Citibank, N.A.,    121 South 13th Street,   Lincoln, NE 68508-1904
14471336        Cornerstone Education Loan Services,    P.O. Box 145123,   Salt Lake City, UT  84114-5123
14471740       +Cornerstone/Dept of Ed,   PO Box 145122,   Salt Lake City, UT 84114-5122
14471337        Credence Resource Management LLC,    c/o American Medical Response,   PO Box 2420,
                 Southgate, MI  48195-4420
14471338       +Debt Litigation Associates Law Office,    P.M.B.#141,   8001 Castor Avenue,
                 Philadelphia, PA 19152-2701
14471341       #Grimley Financial,    C/o Lansdale Hospital,   30 Washington Avenue,   Suite C-6,
                 Haddonfield,PA 08033-3341
14471342       #Grimley Financial,    c/o Lansdale Hospital,   30 Washington Avenue,   Suite C-6,
                 Haddonfield, NJ  08033-3341
14471345        Keystone Medical Urgent Care,    1555 W. Street Road,   Warminster, PA  18974-3100
14471347        Linebarger, Goggan, Blair & Sampson, LLP,    c/o EZ Pass,   PO Box 90128,
                 Harrisburg, PA  17109-0128
14471349       +Mr. Cooper,   8950 Cypress Waters Blvd,   Dallas, TX 75019-4620
14476763       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    C/O Rebecca A. Solarz, Esq.,   KML Law Group,
                 701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541
14471351       +Pennsylvania Turnpike Commission,    Violation Processing Center,   8000 C Derry Street,
                 Harrisburg, PA 17111-5287
14471352       +Philcare Home Medical Equipment,    1979 Stout Drive,   Suite 4,   Warminster, PA 18974-3871
14471353        Premier Immediate Medical Care, LLC,    278 Eagleview Blvd,   Exton, PA  19341-1157
14471359       +TD Bank USA/Target CC,   PO Box 1470,   Minneapolis, MN 55440-1470
14471362       +WFFNB/Raymour&Flanigan,   PO Box 14517,   Des Moines, IA 50306-3517
14471361        Warminster Voluntee Ambulance Corps,    PO Box 726,   New Cumberland, PA  17070-0726
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 17 2020 03:58:19     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:58:04
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2020 03:58:17     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14471326       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 17 2020 04:00:32
                 Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT 84130-0281
14471327       +E-mail/Text: bankruptcy@cavps.com Mar 17 2020 03:58:15     Cavalry Portfolio Services,
                 500 Summit Lake Drive,   Suite 4A,   Valhalla, NY 10595-2323
14474741       +E-mail/Text: bankruptcy@cavps.com Mar 17 2020 03:58:15     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14471331       +E-mail/Text: bankruptcycollections@citadelbanking.com Mar 17 2020 03:58:22
                 Citadel Federal Credit Union,   520 Eagle View Blvd,   Exton, PA 19341-1119
14471334       +E-mail/Text: bankruptcy@philapark.org Mar 17 2020 03:58:23     City of Philadelphia,
                 P.O. Box 41818,   Philadelphia, PA 19101-1818
14471335        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 17 2020 03:57:59     Comenity Bank/Cathrins,
                 PO Box 182789,   Columbus, OH  43218-2789
14471339        E-mail/Text: mrdiscen@discover.com Mar 17 2020 03:57:54     Discover Financial Services,
                 PO Box 15316,   Wilmington, DE  19850-5316
14471343       +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Mar 17 2020 03:58:26
                 JH Portfolio Debt Equiti,   5757 Phantom Drive,   Suite 225,   Hazelwood, MO 63042-2429
14471329        E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 17 2020 04:01:45
                 Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE  19850
14471344       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 17 2020 03:58:15     Keybank NA,
                 PO Box 94518,   Cleveland, OH 44101-4518
14471346       +E-mail/Text: bncnotices@becket-lee.com Mar 17 2020 03:57:55     Kohls,   PO Box 3115,
                 Milwaukee, WI 53201-3115
14471348       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 17 2020 03:58:11     Midland Funding LLC,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14471350       +E-mail/Text: Bankruptcies@nragroup.com Mar 17 2020 03:58:24     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
14471354       +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 04:01:04     SYNCB/Car Care Midas,
                 PO Box 965001,   Orlando, FL 32896-5001
14471355        E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 04:01:44     SYNCB/Dicks Sporting Goods,
                 PO Box 965005,   Orlando, FL  32896-5005
14471356       +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 04:01:45     SYNCB/Lowes,   PO Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0313-2              User: Virginia             Page 2 of 3            Date Rcvd: Mar 16, 2020
                                  Form ID: pdf900            Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14471357          E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 04:01:45      SYNCB/Old Navy,   PO Box 965005,
                  Orlando, FL   32896-5005
14471358          E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 04:01:45      SYNCB/Sleepys,   PO Box 965036,
                  Orlando, FL   32896-5036
14471570         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 17 2020 04:12:10     TD Bank, USA,
                  by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14471360         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 17 2020 03:57:51
                  Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
14471363          E-mail/Text: ebn@wfcorp.com Mar 17 2020 03:58:24      Williams & Fudge, Inc.,
                  300 Chatham Avenue,   PO Box 11590,   Rock Hill, SC   29731-1590
                                                                                              TOTAL: 24


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14471729*        +AR Resources Inc.,   PO Box 1056,   Blue Bell, PA 19422-0287
14471728*         Abington Memorial Hospital,   PO Box 826580,   Philadelphia, PA  19182-6580
14471736*        +CITI/CBNA,   PO Box 6497,   Sioux Falls, SC 57117-6497
14471730*        +Capital One Bank USA NA,   PO Box 30281,   Salt Lake City, UT 84130-0281
14471731*        +Cavalry Portfolio Services,   500 Summit Lake Drive,   Suite 4A,   Valhalla, NY 10595-2323
14471732*        +Central Bucks Ambulance and Rescue Unit,   PO Box 535,   Baldwinsville, NY 13027-0535
14471734*        +Chrysler Capital,   PO Box 961276,   Fort Worth, TX 76161-0276
14471735*        +Citadel Federal Credit Union,   520 Eagle View Blvd,   Exton, PA 19341-1119
14471737*        +Citibank, N.A.,   121 South 13th Street,   Lincoln, NE 68508-1904
14471738*        +City of Philadelphia,   P.O. Box 41818,   Philadelphia, PA 19101-1818
14471739*         Comenity Bank/Cathrins,   PO Box 182789,   Columbus, OH  43218-2789
14471741*         Credence Resource Management LLC,   c/o American Medical Response,   PO Box 2420,
                  Southgate, MI  48195-4420
14471743*       ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Financial Services,   PO Box 15316,
                  Wilmington, DE  19850-5316)
14471742*        +Debt Litigation Associates Law Office,   P.M.B.#141,   8001 Castor Avenue,
                  Philadelphia, PA 19152-2701
14471744*        +Doylestown Orthopaedic Specialists,   103 Progree Drive,   Suite 300,
                  Doylestown, PA 18901-2511
14471746*         Grimley Financial,   c/o Lansdale Hospital,   30 Washington Avenue,   Suite C-6,
                  Haddonfield, NJ  08033-3341
14471745*         Grimley Financial,   C/o Lansdale Hospital,   30 Washington Avenue,   Suite C-6,
                  Haddonfield,PA 08033-3341
14471747*        +JH Portfolio Debt Equiti,   5757 Phantom Drive,   Suite 225,   Hazelwood, MO 63042-2429
14471733*       ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                 (address filed with court: Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE  19850)
14471748*        +Keybank NA,   PO Box 94518,   Cleveland, OH 44101-4518
14471749*         Keystone Medical Urgent Care,   1555 W. Street Road,   Warminster, PA  18974-3100
14471750*        +Kohls,   PO Box 3115,   Milwaukee, WI 53201-3115
14471751*         Linebarger, Goggan, Blair & Sampson, LLP,   c/o EZ Pass,   PO Box 90128,
                  Harrisburg, PA  17109-0128
14471752*        +Midland Funding LLC,   2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14471753*        +Mr. Cooper,   8950 Cypress Waters Blvd,   Dallas, TX 75019-4620
14471754*        +National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
14471755*        +Pennsylvania Turnpike Commission,   Violation Processing Center,   8000 C Derry Street,
                  Harrisburg, PA 17111-5287
14471756*        +Philcare Home Medical Equipment,   1979 Stout Drive,   Suite 4,   Warminster, PA 18974-3871
14471757*         Premier Immediate Medical Care, LLC,   278 Eagleview Blvd,   Exton, PA  19341-1157
14471758*        +SYNCB/Car Care Midas,   PO Box 965001,   Orlando, FL 32896-5001
14471759*         SYNCB/Dicks Sporting Goods,   PO Box 965005,   Orlando, FL  32896-5005
14471760*        +SYNCB/Lowes,   PO Box 965005,   Orlando, FL 32896-5005
14471761*         SYNCB/Old Navy,   PO Box 965005,   Orlando, FL   32896-5005
14471762*         SYNCB/Sleepys,   PO Box 965036,   Orlando, FL   32896-5036
14471763*        +TD Bank USA/Target CC,   PO Box 1470,   Minneapolis, MN 55440-1470
14471764*        +Verizon Wireless,   PO Box 26055,   Minneapolis, MN 55426-0055
14471766*        +WFFNB/Raymour&Flanigan,   PO Box 14517,   Des Moines, IA 50306-3517
14471765*         Warminster Voluntee Ambulance Corps,   PO Box 726,   New Cumberland, PA  17070-0726
14471767*         Williams & Fudge, Inc.,   300 Chatham Avenue,   PO Box 11590,   Rock Hill, SC  29731-1590
14471340        ##+Doylestown Orthopaedic Specialists,   103 Progree Drive,   Suite 300,
                  Doylestown, PA 18901-2511
                                                                                             TOTALS: 0, * 39, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Virginia              Page 3 of 3                  Date Rcvd: Mar 16, 2020
                              Form ID: pdf900             Total Noticed: 47
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
```
              MICHAEL E. EISENBERG    on behalf of Debtor George L. Curran michael@meelawoffice.com
              MICHAEL E. EISENBERG    on behalf of Joint Debtor Michele  Curran michael@meelawoffice.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.axosfs.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
GEORGE L. CURRAN : CASE NO. 20-11088
And MICHELE CURRAN :

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of the Debtor's Motion to Extend the Automatic Stay, any response thereto and any hearing on the matter it is

HEREBY ORDERED AND DECREED that the Automatic Stay pursuant to 11 USC section 362(c)3(B) be and it is hereby extended beyond expiration of the 30 day period specified in said Code section, and it is hereby further

ORDERED AND DECREED that the Automatic Stay shall continue in effect until further order of Court.

BY THE COURT:

Date: March 16, 2020

_____
JUDGE  ASHELY M. CHAN