Certificate Number: 15317-PAE-DE-034379686

Bankruptcy Case Number: 20-11088



15317-PAE-DE-034379686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 24, 2020</u>, at <u>12:13</u> o'clock <u>PM PDT</u>, <u>George L Curran</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 24, 2020</u>　　　　　By:  <u>/s/Christel Raz</u>

　　　　　　　　　　　　　　　　Name:  <u>Christel Raz</u>

　　　　　　　　　　　　　　　　Title:  <u>Counselor</u>