Certificate Number: 15317-PAE-DE-034379687

Bankruptcy Case Number: 20-11088



15317-PAE-DE-034379687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 24, 2020, at 12:13 o'clock PM PDT, Michele Curran completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 24, 2020                By:  /s/Christel Raz

                                     Name:  Christel Raz

                                     Title:  Counselor