## DECLARATION REGARDING CONFIRMATION OF IDENTITY AND SOCIAL SECURITY NUMBER

In Re: George Curran and Michele Curran

Bankruptcy Case No. 2020-11088

Date of telephonic or video conference appearance at §341(a) meeting of creditors: April 24, 2020

I declare as follows:

1) My name is: Michael E. Eisenberg, Esquire

2) My work address is: 2935 Byberry Road, Suite 107, Hatboro, PA 19040

3) My work telephone number is 267-722-8383

4) The address from where I participated in the §341(a) meeting of creditors:

   2935 Byberry Road, Suite 107, Hatboro, PA 19040

5) I personally verified the identity of the Debtor by checking his/her remotely transmitted photo identification:
   __X__ Driver's License or ID Car (State & Name listed) PA George L. Curran
   _____ State identification (State & Name Listed) _____
   _____ Passport (Country, number, expiration date, Name) _____
   _____ Military Identification (Branch & Name) _____
   _____ Other (describe)

6) I personally verified the identity of the Debtor by checking his/her remotely transmitted photo identification:
   __X__ Driver's License or ID Car (State & Name listed) PA Michele Curran
   _____ State identification (State & Name Listed) _____
   _____ Passport (Country, number, expiration date, Name) _____
   _____ Military Identification (Branch & Name) _____
   _____ Other (describe)

7) I personally inspected the following remotely transmitted document as proof of the Debtor's social security number orally confirmed it with the Trustee:
   __X__ Social Security Card Name   George Leslie Curran
   __X__ Social Security Card Number 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
   _____ If No Co-Debtor check here: _____
   __X__ Social Security Card Co Debtor Name   Michele Curran
   __X__ Social Security Number 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

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of April, 2020 in Hatboro, PA.

_____
Signature of Person Verifying Identity and Social Security Number