United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George L. Curran  
Michele Curran  
    Debtors

Case No. 20-11088-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Christina    Page 1 of 1    Date Rcvd: Jun 24, 2020  
                     Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.  
db/jdb        +George L. Curran,    Michele Curran,    637 Worthington Drive,    Warminster, PA 18974-2519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:  
       MICHAEL E. EISENBERG    on behalf of Debtor George L. Curran michael@meelawoffice.com  
       MICHAEL E. EISENBERG    on behalf of Joint Debtor Michele  Curran michael@meelawoffice.com  
       REBECCA ANN SOLARZ    on behalf of Creditor  Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  
       ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com  
       ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                          TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

George L. Curran and Michele Curran  : Case No. 20−11088−amc

    Debtor(s)

***ORDER***
_____

    AND NOW, this day , 24th day of June 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

31
Form 195